UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62552-CIV-DIMITROULEAS

BLAKE HARRIS LAW, LLC,
a Florida limited liability company,

     Plaintiff,

vs.

KEVIN WILLIAM WESSELL,
individually and as an owner, officer or
manager of Lawyers Limited PLLC, Lawyers
Limited Inc., and Liberty Business Group, Inc.,
LAWYERS LIMITED PLLC,
a Washington D.C. professional limited
liability company,
LAWYERS LIMITED INC.,
a Nevada corporation, and
LIBERTY BUSINESS GROUP, INC.,
a Nevada corporation,

     Defendants.
_____/

**ORDER SETTING HEARING**

THIS CAUSE is before the Court upon Defendants KEVIN WILLIAM WESSELL,

individually and as an owner, officer or manager of Lawyers Limited PLLC, Lawyers Limited,

and Liberty Business Group, Inc., LAWYERS LIMITED PLLC, a Washington D.C. professional

limited liability company, LAWYERS LIMITED, a Nevada corporation, and LIBERTY

BUSINESS GROUP, INC., a Nevada corporation (collectively, "Defendants")'s Motion to

Dismiss Plaintiff's Complaint, filed March 9, 2026 [DE 10].  The Court has carefully considered

the Motion [DE 29], Plaintiffs BLAKE HARRIS LAW, LLC ("Plaintiff")'s Response [DE 15],

notes that Defendants did not file a Reply, and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.      A hearing on Defendants' Motion to Dismiss Plaintiff's Complaint [DE 10] is

hereby set for **10:00 A.M. on Wednesday, May 6, 2026**, in Courtroom 205B at

the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 15th day of April, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record