**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA FORT LAUDERDALE DIVISION**

BLAKE HARRIS LAW, LLC,
a Florida limited liability company,

*Plaintiff,*

vs.

KEVIN WILLIAM WESSELL,
individually and as an owner, officer or manager of Lawyers Limited PLLC, Lawyers Limited Inc., and Liberty Business Group, Inc.,
LAWYERS LIMITED PLLC,
a Washington D.C. professional limited liability company,
LAWYERS LIMITED INC.,
a Nevada corporation, and
LIBERTY BUSINESS GROUP, INC.,
a Nevada corporation,

*Defendants.*

CASE NO. 25-cv-62552

**<u>DEFENDANTS' UNOPPOSED MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT</u>**

Defendants, KEVIN WILLIAM WESSELL, individually and as an owner, officer or manager of Lawyers Limited PLLC, Lawyers Limited Inc., and Liberty Business Group, Inc. ("Wessell"), LAWYERS LIMITED PLLC, a Washington D.C. professional limited liability company ("Lawyers Limited DC"), LAWYERS LIMITED INC., a Nevada corporation ("Lawyers Limited Nevada"), and LIBERTY BUSINESS GROUP, INC., a Nevada corporation ("Liberty") ("Defendants," collectively, and "Business Defendants" when not including Wessell), by and through the undersigned counsel, hereby file this Unopposed Motion to Reschedule the hearing on Defendants' Motion to Dismiss the Amended Complaint filed by Plaintiff, BLAKE HARRIS LAW, LLC ("Harris"), currently set for September 4, 2026, and in support thereof state:

1. On May 7, 2026, this Court entered an Order granting Defendants' Motion to Dismiss Plaintiff's Complaint, dismissing Plaintiff's Complaint without prejudice. (D.E. 18).

2. On May 20, 2026, Plaintiff filed an Amended Complaint. (D.E. 19).

3. On June 10, 2026, Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint ("Motion to Dismiss"). (D.E. 23). Plaintiff filed a Response on June 24, 2026, and Defendants filed a Reply on July 6, 2026. (D.E. 24, 27).

4. On August 18, 2026, this Court set Defendants' Motion to Dismiss for a hearing to be held in-person before this Court on September 4, 2026, at 11:00 AM.

5. Lead counsel for Defendants has a short, planned family vacation September 3 - 4, 2026, and requests that this hearing be rescheduled.

6. Defendants' counsel has conferred with Plaintiff's counsel, who does not oppose rescheduling this hearing.

7. To assist the Court in rescheduling, the parties conferred to identify any other potential conflicts and dates that work for the lead counsel for Plaintiff and Defendants.

8. The parties are available in the afternoon of August 26, 2026; all day on August 28, 2026; but, if those dates do not work for the Court, the Parties request that the Court set the hearing after September 21, 2026. Plaintiff's counsel has advised that a close family member is undergoing a major medical procedure on September 9, 2026, for which he will be taking leave from September 8, 2026, through at least Friday, September 18, 2026.

WHEREFORE, Defendants respectfully request this Court enter an Order rescheduling the hearing on Defendants' Motion to Dismiss according to the parties' availabilities provided herein.

**CERTIFICATE OF CONFERRAL**

I hereby certify that on August 19, 2026, Defendants' counsel conferred with Plaintiffs' counsel on the relief sought herein, and Plaintiff's counsel indicated no opposition to rescheduling and provided his own availability as described above.

**CERTIFICATE OF SERVICE**

I certify that on August 21, 2026, I electronically filed this document with the Clerk of Court through CM/ECF, which served all parties and counsel of record.

By: /s/ *David A. Levine*
Seth J. Donahoe, Esq.
Fla. Bar No.: 1004133
David A. Levine, Esq.
Fla. Bar No.: 1040431
sjd@trippscott.com
dal@trippscott.com
sgc@trippscott.com
eservice@trippscott.com
110 S.E. 6th Street, 15th Floor
Fort Lauderdale, FL 33301